713 A.2d 1050

IN THE MATTER OF KARL R. LAWNICK,
AN ATTORNEY AT LAW.

August 10, 1998.

## ORDER

The Court having ordered on June 30, 1998, that **KARL R. LAWNICK** of **PERTH AMBOY,** provide certain documents and information to the Office of Attorney Ethics, failing which respondent would be temporarily suspended from practice without further notice;

And the Office of Attorney Ethics having reported to the Court that respondent has failed to comply with the Order dated June 30, 1998;

And good cause appearing;

It is ORDERED that **KARL R. LAWNICK** is hereby temporarily suspended from the practice of law, effective immediately, and until further Order of the Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **KARL R. LAWNICK**, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **KARL R. LAWNICK** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.